UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWCASTLE COURTYARDS, LLC, a California limited liability company; JONATHAN BENABOU, as Trustee on behalf of THE MANI BENABOU FAMILY TRUST; and ROES 1 through 500,<br><br>   Plaintiffs and Petitioners,<br><br>  v.<br><br>CITY OF LOS ANGLES; COUNTY OF LOS ANGELES; COUNT OF LOST ANGELES RECORDER'S OFFICE; DOES 1 through 500; and ALL PERSONS INTERESTED IN THE MATTER of the ULA and all proceedings related thereto,<br><br>   Defendants and Respondents. | No. 2:23-cv-00104-JAK (ASx)<br><br>**JUDGMENT**<br><br>**JS-6** |

Judgment is hereby entered dismissing this action, in its entirety, without prejudice, due to a lack of subject matter jurisdiction. The dismissal is without effect on the ongoing proceedings in the Los Angeles County Superior Court, Case No. 23STCV00352, or in other proceedings that may be pending or pursued, and is the result of the Order granting Defendant City of Los Angeles' Motion to Dismiss.

Dated: October 2, 2023

John A. Kronstadt
United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
San Francisco

4854-3501-2222 v1

2

Case No. 2:23-cv-00104-JAK-AS
[PROPOSED] JUDGMENT DISMISSING ACTION